UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:                                       )
                                             )
Michael L. Slone                             )    BANKRUPTCY NO. 11-56304-TJT
Annette Jo Slone                             )    Hon. Thomas J. Tucker
                                             )    Chapter 13
         Debtor(s).                          )
                                             )
_____/


**ORDER ALLOWING POST-CONFIRMATION CHAPTER 13 PLAN MODIFICATION**

Debtors, Michael and Annette Slone, having filed a Motion to Modify Plan, Creditor Christian Financial Credit Union and Tammy L. Terry, Chapter 13 Trustee, all being in agreement, and the Court being in receipt of the same and being fully advised in the premises finds as follow:

IT IS HEREBY ORDERED that the Debtors' Chapter 13 Plan shall be modified as follows:

1. All bonuses and profit sharing payments Debtor has received to date in the amount of $5,453.48 net and the lump sum payment received by Co-Debtor from Social Security Disability in the amount of $9,916.50 are excused from payment into the Plan

2. Future bonuses and profit sharing to which Debtors are entitled shall be on Schedule I as prorated income rather than as lump sum future payments.

3. If the net profit sharing and bonuses received in any given year exceed the estimated $1,899.96 per year ($158.33 per month), the difference shall be paid into the plan.

4. Debtors shall file Amended Schedules I and J by May 30, 2015.

5. The delinquency on the Chapter 13 Trustee's records as of 10/21/2014 is $1,151.42 of which $430.81 is excused from payment into the Plan and the remaining $720.61 shall be paid by Debtors prior to plan expiration.

6. Debtors' plan payment is reduced to $372.95 per week to be paid by Debtor Michael Slone.

7. The dividend to general unsecured creditors shall be a minimum of 5.065%.

8. In all other respects, the Confirmed Plan, as confirmed on September 8, 2011 and subsequently amended, if any, shall remain in full force and effect.

.

**Signed on October 22, 2014**

          /s/ Thomas J. Tucker
          Thomas J. Tucker
          United States Bankruptcy Judge